# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**FENNON ROGERS**                                           **PLAINTIFF**

**v.**                                                  Civil No. 1:18cv399-HSO-RHW

**JIM HOOD,** *Attorney General*, &
**PATRICK BEASLEY**, *Assistant Attorney General*                             **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED**.

**SO ORDERED** this the 26th day of February, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE